# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ADVANCED VIDEO TECHNOLOGIES LLC, | : | |
| | : | Civil Action No.  1:15-cv-04626 |
| Plaintiff, | : | |
| v. | : | District Judge |
| | : | Magistrate Judge |
| HTC CORPORATION and | : | |
| HTC AMERICA, INC., | : | |
| | : | |
| Defendants. | : | |
| | X | |

## RULE 7.1 DISCLOSURE STATEMENT OF
## PLAINTIFF ADVANCED VIDEO TECHNOLOGIES LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff certifies that Advanced Video Technologies LLC is a privately held company without parent corporations and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: ___June 15, 2015___

/s/ *Robert W. Morris*
Robert W. Morris (RWM 2268)
rwmorris@eckertseamans.com
Thomas M. Smith (TMS 9962)
tsmith@eckertseamans.com
**Eckert Seamans Cherin & Mellott, LLC**
10 Bank Street
White Plains, New York 10606
Phone: 914-286-6440
Fax: 914-949-5424

*Attorneys for Plaintiff*
*Advanced Video Technologies LLC*