UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ADVANCED VIDEO TECHNOLOGIES LLC,** | : |
| **Plaintiff,** | : |
| vs. | : Case No. 15-cv-4626 (CM) |
| **HTC CORPORATION and HTC AMERICA, INC.,** | : |
| **Defendants.** | : |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Advanced Video Technologies, LLC, by its attorneys Eckert Seamans Cherin & Mellott, LLC, in the above captioned case, appeals to the United States Court of Appeals for the Federal Circuit from the judgment dated and entered on June 14, 2016 that dismissed Plaintiff's complaint with prejudice, and the orders and decrees upon said judgment is based, and each and every part thereof.

Dated:       July 5, 2016

>　　　　　　　　　　　　　　　　 */s/ Robert W. Morris*
>　　　　　　　　　　　　　　　　 Robert W. Morris
>　　　　　　　　　　　　　　　　 ECKERT SEAMANS CHERIN & MELLOTT, LLC
>　　　　　　　　　　　　　　　　 *Attorneys for Plaintiff*
>　　　　　　　　　　　　　　　　 10 Bank Street, Suite 700
>　　　　　　　　　　　　　　　　 White Plains, New York 10606
>　　　　　　　　　　　　　　　　 Tel. No.: 914-286-6440
>　　　　　　　　　　　　　　　　 Fax No.: 914-949-5424
>　　　　　　　　　　　　　　　　 rwmorris@eckertseamans.com

To:    Defense Counsel via ECF